# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MARTIN TIRADO-BOJORQUEZ, JOSE ALBERTO HERNANDEZ-ORTIZ, AND SARAY DEL SOCORRO-VARGAS,<br><br>　　　　　　　Defendants. | 8:15CR321<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

　　　　This matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 113). The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

　　　　1.　　The Defendant, Martin Tirado-Bojorquez, has agreed to plead guilty to Count I and agreed to admit to the Forfeiture Allegation of an Information.

　　　　2.　　The Defendants, Saray Del Socorro-Vargas and Alberto Hernandez-Ortiz have agreed to plead guilty to Count I and agreed to admit to the Forfeiture Allegation of an Indictment.

　　　　3.　　Count I of the charging documents charged the Defendants with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. The Forfeiture Allegation of the charging documents charged the Defendants with using $25,865, $10,000.00, 158,645.00, and $13,000.00 in United States currency in the commission of the conspiracy and/or said currency is derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

4. By virtue of said plea of guilty, the Defendants forfeit their interests in the subject currency, and the United States is entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

5. The United States' Motion for Issuance of Preliminary Order of Forfeiture will be granted. Accordingly,

IT IS ORDERED:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 113) is granted.

B. Based upon the Forfeiture Allegation of the charging documents and the Defendants' pleas of guilty, the United States is hereby authorized to seize the $25,865.00, $10,000.00, 158,645.00, and $13,000.00 in United States currency.

C. The Defendants' interests in the $25,865.00, $10,000.00, 158,645.00, and $13,000.00 in United States currency are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned currency is to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, Notice of

        Publication evidencing the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the Defendants, having or claiming a legal interest in any of the subject currency must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.    Said published notice shall state the Petition referred to in Paragraph E, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

G.    The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Order as a substitute for published notice as to those persons so notified.

H.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 21st day of July, 2016.

BY THE COURT:
s/Laurie Smith Camp
Chief United States District Judge